Argued and submitted December 13, 1995, affirmed in part; reversed and remanded
for reconsideration in part January 24, 1996

In the Matter of the Compensation of
Benjamin G. Santos, Claimant.

Benjamin G. SANTOS,
*Petitioner,*

*v.*

CARYALL TRANSPORT
and SAIF Corporation,
*Respondents.*

(WCB 93-11469; CA A86201)

909 P2d 903

---

Donald M. Hooton argued the cause for petitioner. With him on the brief was Schneider, Hooton.

Michael O. Whitty, Special Assistant Attorney General, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed as to rating of impairment; reversed and remanded for reconsideration of temporary disability award. *Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995).